# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.  CR 12-300-R                                    Date  7/11/16

Title  United States v.  Angel Ortega-Cruz

Present: The Honorable   Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**        (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED
RELEASE ALLEGATION

     The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure
32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the
terms of Defendant's ☐ probation / ☒ supervised release.

     The Court finds that

A.        ☒        Defendant has not carried his/her burden of establishing by clear and
convincing evidence that Defendant will appear for further proceedings as required if released
[18 U.S.C. § 3142(b-c)].  This finding is based on:

☐        Lack of bail resources

☒        Refusal to interview with Pretrial Services

☐        No stable residence or employment

☐        Previous failure to appear or violations of probation, parole, or release

☒        Ties to foreign countries

☒        Allegations in petition

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No. _CR 12-300-R_      Date _7/11/16_

Title    United States v. _Angel Ortega-Cruz_

B.   ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐     Nature of previous criminal convictions

☐     Allegations in petition

☐     Substance abuse

☐     Already in custody on state or federal offense

☒   _Failure to interial with Pretrial Services - no rebuttal information_

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.